UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEREMY PINSON, | : |
| Petitioner | : |
| vs. | : No. 1:16-CV-01256 |
| | : (Judge Rambo) |
| LEONARD ODDO, | : |
| Respondent | : |

# ORDER

**AND NOW**, this 13th day of September, 2017, upon consideration of Petitioner's amended petition for writ of habeas corpus (Doc. No. 8), Respondent's response to the petition (Doc. No. 14), Petitioner's Traverse (Doc. No. 16), and Petitioner's renewed motion to conduct limited discovery (Doc. No. 20) and brief in support (Doc. No. 21), **IT IS ORDERED THAT**:

1. Petitioner's renewed motion to conduct limited discovery (Doc. No. 20) is **DENIED**;

2. Petitioner's amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 8) is **DISMISSED** for Petitioner's failure to exhaust administrative remedies; and

3. The Clerk of Court is directed to **CLOSE** this case.

          s/Sylvia H. Rambo
          SYLVIA H. RAMBO
          United States District Judge